### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIGUEL ANGEL SALAS RAMOS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, et al.,** | : | |
| *Defendants.* | : | **NO. 26-cv-4028** |

## O R D E R

    **AND NOW,** this 29th day of June 2026, it having been reported that the issues between the parties in the above action have been settled (ECF No. 7) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that:

1.     Any restrictions previously imposed on Petitioner's location by this Court are now lifted.

2.     The above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                    **BY THE COURT:**

                    **/s/ Chad F. Kenney**

                    _____

                    **CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)